UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DOROTHY DANCY,<br><br>　　　Plaintiff,<br><br>v.<br><br>MISSION LANE LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>　　　Defendants. | Case No.: 1:24-cv-05340-VMC-JSA<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT MISSION LANE LLC** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Mission Lane may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against the remaining Defendants remain pending.

Respectfully submitted January 10, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Esther Oise*
　　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　　Email: eoise.molaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*