UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DOROTHY DANCY,<br><br>    Plaintiff,<br><br>v.<br><br>MISSION LANE LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:24-cv-05340-VMC-JSA<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against TransUnion, LLC remain pending.

Respectfully submitted February 21, 2025

                                      */s/ Esther Oise*
                                      Esther Oise, Esq. (GA Bar #686342)
                                      Oise Law Group PC
                                      2635 Governors Walk Blvd.
                                      Snellville, GA 30078
                                      Email: eoise.molaw@gmail.com
                                      Telephone: (770) 895-3736
                                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Esther Oise